UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID McCLEBB** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-3044** |
| **SHERIFF MARLIN GUSMAN, ORLEANS PARISH PRISON STAFF** | **SECTION "I"(4)** |

**O R D E R**

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff David McClebb's 42 U.S.C. § 1983 claims against the defendants, Sheriff Marlin Gusman and the Orleans Parish Prison Staff, be **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §§ 1915(e), 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 27th day of April, 2012.

*[signature]*
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**